United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:21-0077

Isaac Daniel Ellington, #350366, Petitioner,

v.

Sheriff Henry A. Trochesset, Respondent.

## FINAL JUDGMENT

Jeffrey Vincent Brown, United States District Judge.

For the reasons stated in the memorandum opinion and order entered this day, the petition for a writ of habeas corpus filed by Isaac Daniel Ellington is dismissed without prejudice for failure to exhaust state remedies. A certificate of appealability is denied.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  12th  day of  April , 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE